**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARK BARTON     PLAINTIFF

v.     No. 4:15CV00432 JLH

NOVARTIS PHARMACEUTICALS CORP.     DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 11th day of December, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE